Submitted on record and brief May 30, reversed June 20, 1978

RONALD HANCOCK, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 01-78-298, CA 10342)

579 P2d 905

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The respondent confesses error. Reversed.